**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jonathan Richard Lee,

Petitioner,

v.

State of Minnesota,

Respondent.

No. 26-cv-3141 (KMM/DJF)

**ORDER**

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States magistrate Judge Dulce J. Foster dated September 29, 2026. Dkt. 6. Judge Foster recommends that Petitioner Jonathan Richard Lee's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, Dkt. 1, be denied and this action be dismissed based on application of the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971) and because Mr. Lee has failed to exhaust state court remedies. Dkt. 6 at 5–7 & n.7. The deadline for Mr. Lee to object to the R&R was October 13, 2026. D. Minn. LR 72.2(b)(1) (requiring objections to a magistrate judge's recommended disposition to be filed within 14 days). Mr. Lee has not filed objections to the R&R, timely or otherwise.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R for clear error, the Court finds none, and the R&R is accepted.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 6) is **ACCEPTED**.
2. Petitioner Jonathan Richard Lee's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. 1) is **DENIED**.
3. This action is **DISMISSED**.

**Let Judgment be entered accordingly**.

Date: October 26, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge